### NOVEMBER 16, 1993

No. 93–531. FUJIKAWA ET AL. *v.* PML SECURITIES CO. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

### NOVEMBER 17, 1993

No. 93–530. KING ET AL. *v.* E. I. DU PONT DE NEMOURS & CO. ET AL. C. A. 1st Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 93–337. GENERAL CHEMICAL CORP. *v.* DE LA LASTRA ET AL. Sup. Ct. Tex. Certiorari dismissed under this Court's Rule 46.1.

### NOVEMBER 18, 1993

No. 92–1646. FORMBY *v.* UNITED STATES [and other cases under this Court's Rule 12.2]. Certiorari dismissed as to petitioner James Formby under this Court's Rule 46.1.

### NOVEMBER 22, 1993

No. 92–1274. ANAGO INC. *v.* TECNOL MEDICAL PRODUCTS, INC. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.1.